United States District Court
Southern District of Texas
**ENTERED**
November 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Joel Montes,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-1012 |
| | § | |
| **Precision Drilling Company LP, et al,** | § | |
| Defendants. | § | |

### O R D E R

On November 17, 2017, the parties announced that a settlement has been reached in this action. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within forty-five (45) days of entry of this order on presentation of adequate proof that the settlement could not be consumated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 21st day of November, 2017.

SIM LAKE
UNITED STATES DISTRICT JUDGE